UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00225-WYD
UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  LEOBARDO PADILLA-BENITO

    Defendants.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to Refer Matter to A Magistrate Judge for Change of Plea and Sentencing, filed August 2, 2006, is **GRANTED** (docket #51). This matter is referred to the Duty Magistrate Judge for entry of plea and sentencing.

    Dated: August 2, 2006